AO 442 (Rev. 11/11) Arrest Warrant

34586

## UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

GARY VAUGHN

*Defendant*

)  Case: 1:22-cr-00281
)  Assigned to: Judge McFadden, Trevor N.
)  Assign Date: 8/18/2022
)  Description: INDICTMENT (B)
)  Related Case No: 22- cr-00252 (TNM)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* GARY VAUGHN
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) - UNLAWFUL DISTRIBUTION OF A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF FENTANYL;
FORFEITURE: 21 U.S.C. §§ 853(a), (p)

Date: 08/18/2022

Robin M. Meriweather

*Issuing officer's signature*

City and state: WASHINGTON, D.C.

ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 08/23/2022, and the person was arrested on *(date)* 09/01/2022
at *(city and state)* Washington DC

Date: 09/02/2022

*Arresting officer's signature*

Alex Adkins DUSM
*Printed name and title*